Case: 1:17-cv-02813
Assigned To : Unassigned
Assign. Date : 12/18/2017
Description: Pro Se Gen. Civ. **(F-DECK)**



U.S. DISTRICT COURT
FOR DISTRICT OF COLUMBIA.

28 U.S.C § 1331 AND 1343.

BIVENS ACTION
UNDER

BIVENS V. SIX UNKNOWN NAMED AGENT OF FEDERAL BEREAU OF NARCOTICS, 403 U.S. 388 (1971)

CLASS ACTION:
IN ACCORDANCE WITH RULE 23 OF THE FEDERAL RULES OF CIVIL PROCEDURE

[1] JoJo-DeoGracias-E Jonga [PRO-SE]
[2] DeAnthony Franks
[3] Lee Patrick-Johnson [PLAINTIFFS]

VS.

[1] DEP. AG. ROD-ROSENSTEIN
[2] SPECIAL COUNSEL. ROBERT-MUELLER
[3] FBI. ASS. DIR. ANDREW-MCCABE
[4] SPECIAL COUNSEL'S SENIOR INVESTIGATOR. ANDREW-WEISSMANN
[5] SPECIAL COUNSEL INVESTIGATOR, JEANNIE-RHEE
[6] UNKNOWN AMOUNT OF SPECIAL COUNSEL'S INVESTIGATORS.

DEFENDANTS.

SUBMITTED BY ON DEC 13TH 2017
PRO-SE PLAINTIFF [A] JOJO-DEOGRACIAS-E JONGA
DOC # 366372. FOXWEST-103 WEST-COMPLEX
WASHINGTON-STATE-PENNITENTIARY, 1313 N. 13TH AVENUE, WALLA-WALLA, WA. 99362

## I. JURISDICTION & VENUE

1). Because this action is against FEDERAL GOVERNMENT OFFICIAL This Suit is DEEMED AS Bivens Action. The Court has Jurisdiction Under 28 U.S.C. § 1331 And 1343 (a)(3) Plaintiff seeks declaratory relief Pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff also seeks Injunctive relief Which is Authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rule of Civil Procedure

2) The U.S. District Court FOR D.C. Circuit is an appropriate Venue Under 28 U.S.C Section 1391(b)(2) because it is Where the events giving rise to this Claim occurred.

## II. PLAINTIFFS (1)

PRO SE PLAINTIFF JOJO-DEOGRACIAS-EJONGA is and Was at all times Mentioned herein a Prisoner of the State of Washington In the Custody of Washington State Department of Corrections. Confined In Washington State Penitentiary 1313. N. 13TH AVENUE WALLA-WALLA, WA 99362.

PLANTIFFS (2)

PRO-SE DeAnthony-FRANKS.
DOC # 345832, FOXWEST-119 WEST COMPLEX
WASHINGTON-STATE-PENNITENTIARY 13.13. N. 13TH
AVENUE WALLA-WALLA, WA. 99362.

PLAINTIFF-(3)

PRO-SE. PLAINTIFF-Lee Patrick-JOHNSON
DOC # 334101, FOXWEST-133 WEST COMPLEX. WASHINGTON-STATE

PENITENTIARY- 1313. N. 13TH AVENUE
WALLA-WALLA. WA. 99362.

## III. DEFENDANTS

[1] ROD ROSENSTEIN (DEPUTY U.S. ATTORNEY GENERAL)

[2] ROBERT-MUELLER (SPECIAL-COUNSEL)

[3] ANDREW-WEISSMANN (SPECIAL COUNSEL INVESTIGATOR)

[4] JEANNIE-RHEE (SPECIAL COUNSEL INVESTIGATOR)

[5] ANDREW- McCABE (F.B.I. ASS. DIRECTOR)

[6] UNKNOWN- AMOUNT OF SPECIAL-COUNSEL'S INVESTIGATORS

## IV STANDING & AFFIDAVIT OF PLAINTIFFS 1,2,3

[1] PRO-SE PLAINTIFF JOJO-DEOGRACIAS-EJONGA is a Legal Person Within THE Jurisdiction of the UNITED-STATES, WITH Constitutional rights and Protections to be safe and Secure, SUCH Protection is not limited to PLAINTIFF ALONE it EXTENDS TO PLAINTIFFS FAMILY. WITH U.S CITIZENSHIP as the head of MY FAMILY I have SAFETY AND SECURITY INTEREST OF MY FAMILY AND MYSELF. The assurance of Such Protection relies on the office of the President of the UNITED-STATES. BECAUSE The Constitution Vest SUCH DUTY AND POWER Solely to the President, and attack on the office of the President is an attack on me and MY FAMILY. INTERFERANCE WITH the office of the President and his Constitutional rights and duty is A VIOLATION OF MY CONSTITUTIONAL GUARANTEED RIGHTS TO BE SAFE AND SECURE. ESPECIALLY WHEN SUCH VIOLATION IS COMMITTED BY A PERSON UNCONSTITUTIONALLY APPOINTED, AND GROUP OF PEOPLE WITH POLITICAL BIAS AGAINST The PERSON INCHARGE OF MY FAMILY AND I SAFETY. U.S. CONSTITUTION. 7TH AMEND GIVES ME THE RIGHT TO LITIGATE IN THE U.S. COURT (ARTICLE 3 COURT).

JOJO-D-EJONGA [signature]
366372.

[2] PRO-SE PLAINTIFF DeAnthony-FRANKS is an African american a U.S. CITIZEN BORN AND RAISED as a Man in my family It is my duty and right to assure the Safety of my family. Creating a Constitutional Protected Security and Safety Interest. The Protection of such Interest relies on the Office of the President of the United States When such office Irrespective of the Person occupying the office is in Jeopardy It Creates a Security and Safety risk. and When anyone Interfer with the Constitutional rights and the duty of the President to Protect and Secure by Safety, that Creates a Violation of my guaranteed Constitutional rights. 7th AMEND. OF U.S. CONST. GIVES ME the right to sue in Court.

DeAnthony-Franks 345832 [signature]

[3] PRO SE Plaintiff Lee Patrick — Johnson. is a Citizen and with a Physical Disability under ADA Protection. as a Person With Family, It is my duty to assure there Safety and Security and my Safety and Security, to assure such Protection, Me and my Family relies on the office of the President of the United States. Recently that office has been in Jeopardy by Bias, Unconstitutional Political appointed Agents, Attempting to Create A Political Coup d'etat, Interfering with the office of the President to fulfill his Constitutional rights and duty to do his job, defending my Safety and Security and of all within the Jurisdiction of the United States. Irrespective or whether direct or indirect Interferance When the President Can not Protect due to Violation of his right, then my rights to be Safe and Secure is Violated, Who ever is responsible of the Violation and Interferance With the rights of the office of the President is responsible and accountable to my mine. U.S. Const. gives me rights to Article 3. Court.

Lee Patrick -Johnson [signature]
334101

WE DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS AND THE CONSTITUTION OF THE UNITED STATES THAT FOREGOING IS TRUE AND CORRECT TO OUR BEST KNOWLEDGE AND THE SIGNATURES UNDER EACH STATEMENT ARE INDIVIDUALLY SIGNED BY EACH PLAINTIFF ON DEC 13th 2017

V FACTS RELEVANT

(1) AFTER THE 2016 ELECTION, a So Called Russia Dossier was leaked to the media this dossier was known to the FBI, at the time, Fim FBI Director Used this dossier to brief the President elect. this dossier has raised Question even in Congress and Public due to the fact that it MAY have been Used to Secure a FISA Warrant to SPY on TRUMP CAMPAIGN. (U.S. CITIZENS by Obama-admin) Which lead to investigation of MICHEAL FLYNN, it Was Later Confirmed that this dossier Was a result of Information that Was gathered by a Former british SPY, Who Was PAID BY FUSION-GPS. Fusion-GPS was hired by DNC and the Clinton Campaign, the british SPY Christopher Steel Was Paid at very least UP to 12 million dollars In Which he Paid his russian Sources to gather harmfull and false information against President trump during his Campaign.

(2) In early 2017 the President Felt that the FBI director has lost his trust and the trust of the american People, also with recommendation by A.G AND DEP. A.G. he Fired James Comey. After his firing James Comey then testified in Congress In an open hearing under oath, brought UP allegation against the President telling Congress that the President told him to ramp UP Investigation against GEN. MICHEAL FLYNN, James Comey testified that he wrote those Comment on his FBI issued laptop, So he Can Use it in future, at the Same hearing James Comey testified that he Leaked the information to his Friend So it Can be leaked to the Media, James Comey told the Congress that his Goal and reason of that leak Was to trigger a Special Counsel.

(3) DEP A.G (ROD-ROSENSTEIN) then appointed James Comey Friend Robert Mueller to Investigate the President for Obstruction of Justice for firing James Comey and russia Collusion with trump Campaign in 2016 Presidential election

(4) Robert Mueller hired and selected his team

(a) ANDREW WEISSMANN, JEANNIE RHEE, BRUCE OHR, PETER STRZOK

(b) all this Four has ties With the DNC and donors to Clinton, Who Was the opposition In 2016 election

(5) ANDREW WEISSMANN, is a donor to Clinton and DNC and has donated more than $4,300 in 2016 election, a friend to Eric Holder, a Friend to the Clinton, and Infact Mr WEISSMANN Was at Hillary's election Night Party In which Was a disappointment, to them because they lost.

(6) Mr Weissmann records reflects that he is not a Fair and Impartial Prosecutor who has repeatedly Failed to abide by the Professional rules of Conduct In 2005 Mr Weissmann destroyed a Company and sent People to Jail and Prison on False accusation and Charges that does not exist. In the 2005 Case (Enron Case) of Obstruction of Justice, the U.S. Supreme Court unanimously reverse the Conviction (9-0) which is a rare ruling in the same year the 5th Cir Court of appeals reverse the Author Anderson Case.

(7) Mr Weissmann records also shows that Courts has found his Prosecution in Violation of Brady for Failure to disclose exculpatory evidence and Court has also Found him to Involve in Intimidating Witnesses, Falsifying Indictment by Creating Charges that does not exist. Involving in Prosecutorial misconduct, Malicious and Vindictive Prosecution,

(8) New emails that was just revealed by Judicial Watch shows that Mr Weissmann sent an email Congratulating the Prior dept AG. Sally-Yates a Former Obama's appointee who was fired for Instructing DOJ staffs not to defend a lawful Presidential executive order by the President. Mr Weissmann Congratulated her for defying a Presidential order. Sally-Yates is a Critic of the President and a Friend to Weissmann

(9) Peter Strzok, and FBI Agent who was Involved with the Clinton Campaign who Interviewed two Clinton Aids which evidence Proved they lied to FBI Mr Strzok also Interviewed Hillary Clinton her self without a recorded Transcript of the Interview, evidence has also emerged that Mr Strzok was the Person who edited and Changes statutory defination of a crime from Grossly negligent (which is a crime) to extremelly Careless which isn't a crime under statute or U.S. Code this Changes was done Post Interview of Hillary Clinton who was a suspect of mishandling Classify information in an unsecure Server. Peter-Strzok was also the same Person to Interview Gen. Michael Flynn Regarding a lawfull Conversation he had with russian Personel for the Sole Purpose of taking advantage of the anti-russian Climate ran by Democrat, where no one want to be known of Communicating with russian, which lead to General Flynn Plea for False statement to the FBI.

(10) AGENT-STRZOK was removed from Russia Investigation and Robert Mueller's team For having an affair with an FBI Lawyer who for ANDREW MCCABE FBI ASST. D.I.C. and was also caught exchanging ANTI TRUMP EMAIL from STRZOK to his MISTRESS LISA-PAGE (FBI Lawyer)

(11) evidence obtained and disclosed by DOJ shows that ASST. DEP. AG BRUCE-OHR, was demoted due to the fact he failed to disclose that he met with the notorious author of the controversial trump dossier Christopher Steel before the 2016 election and then meet with the founder & owner of the the Firm that hired Christopher Steel to make the dossier (Fusion GPS) after the 2016 election mr Bruce has also been established to have donated and has ties with Clinton Campaign and his wife works for Fusion GPS.

(12) It has been proven that special counsel robert mueller Senior Investigator Jeannie-RHEE, Represented the Clinton I.T. STAFFER during the Investigation or Clinton Server

(13) Jeannie-Rhee also represented the Clinton Foundation and done work with the Foundation directly before.

(14) It has been proven to both congress and the public that ANDREW MCCABE has been under Inspector general Investigation and also been proven that mr McCabe has ties with the Clintons and has donated money and mr McCabe's wife received close to 500 thousand dollars in donation from DNC for her campaign for congress, before.

VI Discussion / Legal Argument / Authorities.

all evidence and fact stated here can be infered to establish that Robert mueller's team are bias and has no intent to seek Justice, but to commit a Political Coup d'etat, to revenge on Firing of James Comey, who is mr Mueller's Friend and Rosenstein and Weissmann friend and trying to bring down the duely elected president after they failed to secure a victory in 2016 election which their candidate lost. the evidence shows that Robert mueller is a political agent used by Political Elites to create a process of which power can be taken away from the President to revenge their lost in 2016 election. ROD ROSENSTEIN HAD NO CONSTITUTIONAL NOR STATUTORY AUTHORITY to appoint a special counsel or to create an Independent office or department nor as such power deligated to him by law (President or Congress)

LEGAL-ARGUMENT AND AUTHORITY

U.S. Constitution ART-2 § 2 Clause 2 establish and Controls the Process In Which an appointment is Made. this Process was Confirmed by the U.S. Supreme Court in Buckley V. VALEO, 424 U.S. 1, 46 L.Ed 2d 659 96 S.ct 612 (1975) the Court rules that the appointment Clause of The Fed Const (art 2 § 2 CL.2.) Controls the appointment of Members of a Typical administrative agencies even thought It Functions May be Predominantly Quasi-Judicial and Quasi-legislative Rather than executive. Because the Constitution Vest The Power to Execute the law Solely on the President (Art-2. U.S. Const.) after the Creation of DOJ & FBI The U.S. Congress Vestes the Power of appointment of this agencies to the President. DOJ and FBI Unlike the organization of executive Power in the States, the responsibility Isn't divided between Chief executive and a Member of Colleagues over whom he has little or no Control. The President Stands alone and at the head of The administrative hierarchy, those who help him in executing the laws are his Subordinates not his Colleagues, It is the President duty to Protect, Preserve and defend the Constitution, to see that the laws are enacted In Pursuance of the Constitution of The United States and treaties made under Its authority and the orders and Judgments of FEDERAL Courts are enforced throughout U.S. Jurisdictions/territories. It is For this Purpose that he is Vested With The appointment and removal of all administrative officers Upon whom he depend on to execute the law. The office of the Special Counsel is a department. a department Can only be Created by Congress In Which the President has The sole Vested Power to appoint the head of such department or Agency of the Federal government. the U.S. APPEALS COURT [redacted] In 2004 made It clear

that Unless there selection is elsewhere Provided For In the Federal Constitution, all officer of the UNITED States are to be appointed in accordance with the appointment Clause (Art-2 § 2, CL.2) no Class or type of officer is excluded because of its Special Function. (see DYSART v. U.S. 369 F.3d 1303 (2004)) 3 U.S.C.S. § 301 gives the President the power to delegate some Power to lower officials, here the President has not exercised such discretion. Instead ROD-ROSENSTEIN Took it upon himself to overpower the President Authority and acted to appoint his friend robert mueller. With the Sworn testimony of James Comey to U.S Congress that he Leaked out information to media so it can trigger Special Counsel, any reasonable Person Can reasonably infer that appointment of his friend robert mueller, by his friend rod rosenstein was a fix. and deliberated Persons to distabilize the office of the President and Seek revenge the Constitution only establish 3 branches of government not 4. the Constitution gives Congress Power to create Laws and Creates departments both under the executive or the Judiciary, Congress has no Power to form a 4th branch of government neither does the executive or the Judiciary, but Congress Can Create an Independent Department under the executive but Independent from other executive department but can not take away the President authority under his branch in which he Controls. neither can Congress take away the President Power of appointment which is vested in him under Art-2 §2 CL 2. Solely because Special Counsel is Independent of DOJ does not mean he is Independent of executive authority. It also doesn't mean that the President Constitutional Power of appointment, and direction does not apply to him nor does it mean that the President Can not excise his Power of dismissal over Special Counsel. We all know that the Special Counsel is Influence by some Congressional members and even some attempt by some GOP leaders to block the President from Firing Mueller

(a) Robert Mueller has no Constitutional nor Statutory Authority to execute the laws of the UNITED STATES as a Special Counsel, due to the fact his appointment was contrary to Art-2 §2 CL of U.S. Constitution the Supreme law of the Land. As the Law States the President shall appoint and Congress will either consent or not. the President is the chief Law executioner such Power is solely vested in him. here neither is robert mueller appointed by the President neither confirm by Congress. there can not be a conflict of interest and neither can the President be investigated by his own branch nor can he be prosecuted by his branch. such Power is vested in Congress alone Prior to impeachment, due to President Immunity over Criminal Prosecution While in office.

(b) The U.S. Constitution establish a very strict Process of any Criminal Prosecution and removal of the President while in office. for a Criminal act the Constitution does Prohibit removal of the President For a Political act but the law does not impose such Protection against Civil liability against the President in a Federal Court. We can see (Paula Jones V. President Clinton (1998)). Jones case was limited to Civil liability not Criminal and only applicable in a Federal not in a State Court and does not apply to Protected speech by the President. Art. 2 §4 of U.S. Const Vest The sole Power of Impeachment to the house of representative because that is the People's house they represent the voters, because the voters elect the President and they are the only one with Power to remove, not some bureaucrats in Washington D.C. such as Robert mueller and his friends. When the house impeach and investigate. then it is Forwarded to the senate Art-1 §3. Senate is the only branch of government that has Jurisdiction over the / a sitting President of the United State to trie him on any Criminal act committed during his Presidency, such trial is limited to Criminal offences not Political acts or speeches. such Power can not be taken away nor can it be given away to any other branches of government. without such Process the President can not be Put in any Court Jurisdiction to Face a criminal act due to his Art-2 Immunity such Power can only be taken away by Congress after a Fair Senate trial

Which will be Precided by the U.S. Supreme Court Chief Justice, which is another example of check and balance, a show of two branches of government working together, the Chief Justice will act as the safeguard and assures a fair process and prevent prejudice and injustice during the process of Senate trial. Not until this process is complete and President is found guilty will any executive branch have jurisdiction to prosecute the deposed President because Congress which strips the President of his privileges and immunity from criminal liability and prosecution in an Art. 3 court and prosecution by Art. 2 branch. In fact on Dec 6, 2017 an article of impeachment was introduced by House Representative member from Texas A Democrat EL Green was overwhelmingly rejected and killed with 364 voting against it. 3rd of the house only 58 democrats voting for it. (House resolution H.R. 646) showing that the house of the People has spoken and decided they was no wrong committed by the President. Instead some unelected bureaucrats still wants to commit a political coup d'etat and go against the People's will. Unelected bureaucrats such as the defendants cited in this suit, for the sole reason of making a political point, and their failure to accept the result of the 2016 election there is no doubt that Russia created false narrative to mess with the People of the U.S. and create confusion to both sides Republican and Democrats but still over a year has they been evidence of any votes changed. Instead Robert Mueller and his team have been going and geting indictment against Trump team on issues that doesn't have anything to do with the election, instead lieing to People that they are investigating the election instead they are going against People they couldn't prosecute when they were working with DOJ / FBI years ago way before 2016 election, that is why Mr Rosenstein gave Mueller A Broad Mandate infact unlimited retroactive prosecuterial power which could be deemed unconstitutional

(C) The Constitution of the United States Can not be applied or red backward nor upside down, It must not be disturbed nor omitted and must be applied as its intended to. From top to bottom, text by text. Neither Can It be changed or amended by executive branch nor Judiciary branch of the Government. the Sole Power to Change the Constitution is by Amendment Through the Legislative branch. Which both houses of Congress must Pass With approval of two Thirds of each houses must agree to and Signed into Law by the President. Neither the FBI nor DOJ, nor Self Discribed Special Counsel has the Power to Change the Law. the Constitution is Clear, Special Counsel Captivity of the office of The President is Unconstitutional, Putting lifes in danger and this is nothing but a Political Coup, d'etat to dispose the President this Investigation is engined by Political Interest of The Investigator & Prosecutor involved all Members and donors or opposing Party that lost the 2016 election. With Support of opponent of the President in U.S. Congress Indirectly Undermining his ability to lead Which is Congressional overreach. Which the U.S. Supreme Court totally Stated that the Constitution Prohibits (Check and balance has It limits)

(D) Robert Mueller's Investigation of Obstruction of Justice For Firing James Comey is an overstep and unconstitutional because James Comey Was not Investigating Micheal Flynn For Criminal action the Investigation Was "Intelligence" both the Constitution and Statutes Makes It Clear that all and every officials that works and execute the Law does It as a representative aiding the President, the U.S. Courts Made It Clear Neither Congress Can recuire the President to exercise is appointment Power.

> "Congress do not have the Power (Authority) to require President to exercise his appointment Power, such authority Would be "Akin" to an exercise by Congress of appointment Power Itself, WHICH is PROHIBITED".

See. Dysart V. U.S. 369 F.3d 1303 (2004). It is Clear the

Power of appointments comes with the Power of removal, with exceptions to FEDERAL Judges, the President absolute Power of removal is the Power of direction, which is evident in the Constitution and Statute. In which FBI, DOJ, Special Counsel are not excluded nor does exeption exist to them. here the President exercise his right as the Chief Executive LAW ENFORCEMENT As he saw fit that Mr Comey was breaching his Oath of office and Comey has lost confidence of the People of the United States and Territories, Putting the Intergrity and dignity of the JUSTICE SYSTEM IN QUESTION and Jeopardy, The President exercised his Constitutional and Statutory discretion to dismiss him James Comey was Mostly Interested with Political Influence and Popularity instead of Justice. Where a Statute Commits decision making to the discretion of the President. Judicial review of the President is not available, the Same is necessarily true where the President is afforded discretion by the Constitution itself. See Dysart V. U.S. 369 F.3d 1303 (2004) the Mueller Investigation is Unlawfull and bias he has no Constitutional nor Statutory Authority to Prosecute Under the United States government, he lacks the Congressional Consent and approval nor the President Art-2 § 2 CL.2 blessing in Fact robert Mueller team is TOTALLY Unfit to execute the law due to their records of Prosecutorial misconducts, Selective Prosecutions Malicious Prosecution and the records of Vindictiveness in Judicial Proceedings. especially in this Case their Political affilliation and bias which has been Proven, by Judicial Watch. FBI AGENT PETER-STRZOK Emails to his Girlfriend an FBI Attorney under ANDREW MCCABE (LISA PAGE) which Contains ANTI President statements In which U.S. Congress has Pressed to be Provided to them. also emails TO Sally-Yates by Andrew Weissmann Congratulating her for defying Presidential order, also Atleast half a Million dollars donated to Andrew McCabe's Wife by the Democratic Party, the Connection between JEANNIE RHEE with the Clinton Foundation in which she represented in 2005, and also worked directly Under ERIC Holder who is a supporter of Clinton and a big Critic of the President., also Weissmann has donated money to The Democrats and he is a democrat,

and, with the Connection of Peter STRZOK with the Russia dossier, and his Connection in omitting the language of the Statute from grossly negligence which satisfy and meets the statutory requirement for Prosecution and Change it to extremely Careless, in James Comey exoneration letter, by James Comey, even prior of Interviewing the suspect of the Investigation (Hillary Clinton). this are all evidence of Bias and unfitness to be trusted as law enforcement

VII Conclusion

As a Citizen and a legal member and Person's of the United States. We have a Consitutional Interest in the office of the President he is our President. our safety and security is vested in him when his office is in Jeopardy our safety and security is in Jeopardy. and we have a Consitutional Interest in defending that office, Violation of the right of the President office is Violation of our rights as People within the Jurisdiction of the United States who depends on his Power to Protect and defend Us. When he is keep in bias an hostage for Political reason and unable to effectively serve violating his Constitutional right to serve, it Puts Us the Plaintiffs in an extreme danger and Creates an unpleasant envirment. We have the Constitutional right to be safe and this duty is vested in the President alone as the Commander in Chief. thereby given up Standing to Challenge the defendants Authority to Create such environment that Put our safety in Jeopardy. On Dec. 6-2017 Rep. el Green (D) Article of Impeachment of the President (H.R. 646) was over-whelmingly rejected by the house, it was killed by 364 voting against Impeachment and 58 only voting for it. the U.S. Congress decides the President has done no crime. adding to the ABUNDANCE of EVIDENCE of BIAS AND UNCONSTITUTIONAL ACTION. it shows this is an Attempt to use DOJ AND FBI AND SPECIAL COUNSELS OFFICE TO COMMIT A Coup d'etat against a Constitutionally elected President. which is unconstitutional, Jeopardizing our safety and security. this Court must Act to Protect the Constitution and the Will of the People.

VIII RELIEF AND PRAYER

WHEREFORE PLAINTIFF, RESPECTFULLY PRAY THAT THIS COURT ENTER JUDGMENT UNDER

(A) 28 U.S.C § 2201 AND 2202 DECLARATORY RELIEF

(1) GRANTING DECLARATION THAT ROBERT MUELLER HAS NO CONSTITUTIONAL NOR STATUTORY AUTHORITY TO PROSECUTE AND EXECUTE the laws of THE UNITED STATE GOVERNMENT DUE TO the UNCONSTITUTIONAL NATURE OF HIS APPOINTMENT NOT IN ACCORDANCE WITH THE U.S. CONST. ART. 2 § 2 CL. 2.

(2) GRANTING DECLARATION THAT DEP. A.G. ROD ROSENSTEIN HAS NO STATUTORY NOR CONSTITUTIONAL AUTHORITY TO Create a department or Commission, In Which Power is solely Vested in Congress alone

(3) GRANTING DECLARATION THAT THE PRESIDENT NOT THE DEP. A.G. HAS THE POWER OF APPOINTMENT UNDER ART. 2 § 2 CL. 2 OF U.S. CONST.

(4) GRANTING DECLARATION THAT PRESIDENT WAS WITHIN HIS AUTHORITY TO DISCHARGE JAMES COMEY OF HIS DUTY BY FIRING HIM UNDER ART. 2 § 2 and the Power of direction & Appointment and the Power of removal, and such Power Can not be Interfered with neither by Congress or anyone in the executive

(B) AND INJUCTIVE RELIEF UNDER 28 U.S.C § 2283 and 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL Procedure

(1) A Preliminary and Permanent INJUNCTION ordering Defendants ROBERT MUELLER AND HIS TEAM to HANDOVER their Cases to DOJ PROSECUTOR and terminate their Function as Special Counsel and Stop Prosecuting Cases Under The U.S. government Authority.

(2) A Preliminary and Permanent Injunction ordering Defendant Deputy A.G. Rod Rosenstein to terminate Robert Mueller and Andrew-Weissmann Security Clearance and Prohibit them from accessing any Secrets or Personal Information that has to deal with the Russia Investigation and all related issues in which he was investigating

(3) a Preliminary and Permanent Injunction ordering DOJ Rod-Rosenstein and ANDREW-MCCABE TO WITHDRAW all DOJ AND FBI STAFF working for Robert Mueller and Close the Special Counsel office Immediately, and Secure all Computers and data and hardware in that office Including other Electronic bought and Issued either by FBI or DOJ or PAID For by tax Payers money, not limited to EMAIL ACCOUNTS and access to It.

OTHER Relief

(1) A JURY or BENCH TRIAL on all ISSUES TRIABLE BY JURY or Judge

(2) PLAINTIFF'S Cost in this SUIT IF AUTHORIZED BY LAW & COURT.

(3) ANY ADDITIONAL RELIEF THIS COURT DEEMS PROPER AND EQUITABLE.

RESPECTFULLY SUBMITTED ON DEC 13th 2017

BY

PRO-SE PLAINTIFF [1]
JOJO-DEOGRACIAS-EJONGA
366372 FOXWEST-203
WASHINGTON-STATE-PENITENTIARY
1313 N 13TH AVENUE
WALLA-WALLA-WA 99362

[signature]

SIGNED BY ALL 3 PLAINTIFFS

PLAINTIFF (2) DA ANTHONY-FRANKS
[signature] DOC# 345332.

PLAINTIFF (3) Lee Patrick-Johnson
Lee P. Johnson DOC#334101/FW-133

TODD-D-EJONGA )
)
)
V. )
ROD-ROSENSTEIN, Robert-Mueller )

NO.

**AFFIDAVIT OF SERVICE BY MAILING**

ANDREW. MCCABE, ANDREW. WEISSMANN. JEANNIE-RHEE et, al.

I, TODD-D. EJONGA, being first sworn upon oath, do hereby certify that I have served the following documents:
BIVENS ACTION. For Constitutional Violation by FEDERAL official.

**Upon:**
U.S. District Court For the
District of Colombia. D.C. Circuit
333, Constitution. Avenue, N.W
WA. DC. 20001.

**By placing same in the United States mail at:**

**WASHINGTON STATE PENITENTIARY**
**1313 NORTH 13TH AVENUE**
**WALLA WALLA, WA. 99362**

**On this** 13th **day of** DEC, **2**017.

TODD-D. EJONGA - 366392 [signature]
**Name & Number**

**SUBSCRIBED AND SWORN to before me this** 13th **day of** December, **2**017.

LISA MORROW
COMMISSION EXPIRES
NOTARY PUBLIC
JUNE 26, 2021
STATE OF WASHINGTON

[signature] Lisa Morrow
**Notary Public in and for the State of Washington. Residing at Walla Walla, WA. My Commission Expires:** 6/26/21